# EXHIBIT 3

## THE CHRISTIAN BROTHERS OF IRELAND, INC.
## SUMMARY OF ASSETS AND LIABILITIES

| ASSETS | |
|---|---|
| Cash in Operating Account | $247,000.00 |
| Scholarship Fund | $97,000.00 |
| Development Fund | $38,000.00 |
| Manning Endowment Fund (Restricted) | $269,000.00 |
| Loan Receivable | $22,500.00 |
| Real Property | $600,000.00 |
| Vehicles | $33,000.00 |
| Furniture and Equipment | $194,000.00 |
| | |
| **Total Assets** | **$1,500,500.00** |

| LIABILITIES | |
|---|---|
| Loans Payable | $3,622,000.00 |
| Contingent Liability to Tort Claimants | Unknown |
| | |
| **Total Liabilities** | **Unknown** |